SEDGWICK, DETERT, MORAN & ARNOLD LLP
ELLIOTT D. OLSON  Bar No. 41501
GREGORY C. READ Bar No. 49713
ROBERT KUM  Bar No. 185530
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendant
CATERPILLAR, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE TAIJERON,<br><br>       Plaintiff,<br><br>     v.<br><br>CATERPILLAR, INC., DELORO STELLITE CO., INC., THE ESAB GROUP, EUTECTIC CORP., GENERAL ELECTRIC CO., HOBART BROTHERS CO., ILLINOIS TOOL WORKS, INC., METROPOLITAN LIFE INS. CO., MILLER ELECTRIC MANUF. CO., PRAXAIR, INC., SANDVIC, INC., SELECT ARC, INC., TDY INDUSTRIES, INC., UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC., UNION CARBIDE CORPORATION, VIACOM, INC., WESTINGHOUSE ELECTRIC CORP., LINCOLN ELECTRIC CO., A.O. SMITH CORP., AIRCO, INC., ARCOS INDUSTRIES, L.L.C.,<br><br>       Defendants. | CASE NO. 2:05-CV-00631-FCD-GGH<br><br>**STIPULATION AND ORDER STAYING PROCEEDING**<br><br>**Honorable Frank C. Damrell Jr.** |

///

///

1     IT IS HEREBY STIPULATED by and between the parties hereto through
2 their respective attorneys of record that all proceedings in this matter be stayed
3 pending a transfer of this action to <u>In re Welding Rod Products Liability Litigation</u>,
4 MDL No. 1535 (N.D. Ohio).

6     The parties agree this stipulation will stay the Defendant's obligation to
7 respond to the complaint, and the parties' right to propound discovery in this venue,
8 unless and until the case is transferred to, and remanded from, the MDL proceeding
9 The parties respectfully request that this Court refrain from issuing any scheduling
10 orders in this matter, including but not limited to case management orders and
11 orders pertaining to Alternative Dispute Resolution, unless and until the case is
12 transferred to and remanded from, the MDL proceeding.  Facsimile signatures will
13 be deemed sufficient for the purpose of this Stipulation.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

SO STIPULATED AND AGREED

DATED: April 20, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:_____
   ELLIOTT D. OLSON
   GREGORY C. READ
   ROBERT KUM
   Attorneys for Defendant
   CATERPILLAR, INC.

DATED: April  20, 2005         LIEFF, CABRASER HEIMANN AND BERNSTEIN


By:_____
   ERIC B. FASTIFF
   Attorneys for Plaintiff
   VINCENTE TAIJERON


IT IS SO ORDERED.

DATED: April 26, 2005                    /s/ Frank C. Damrell Jr.
                                                  Honorable Frank C. Damrell Jr.
                                                  US District Judge